**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
|  |  |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |  |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)      s/ | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES   NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES   NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL        APPOINTED COUNSEL | |

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA LOPARCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO: 08 cv 2747 |
| | ) | |
| VILLAGE OF RICHTON PARK | ) | Judge Samuel Der-Yeghiayan |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

TO:  Charles Siedlecki, Charles Siedlecki & Associates
     10540 S. Western Avenue, Suite 405, Chicago, IL 60643
     cts2110@comcast.net

I hereby certify that on July 11, 2008, I electronically filed my Appearance on behalf of the Defendant, Village of Richton Park with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Electronic Case Filing System, which will send the Notice of Electronic Filing to the above listed attorney.

Dated: July 11, 2008                By:  /s/ John F. O'Reilly
                                    O'REILLY LAW OFFICES
                                    Attorneys for Defendants
                                    1751 S. Naperville Rd, #101
                                    Wheaton, IL  60187
                                    Telephone:  630/665-4444
                                    Attorney No. 6209668
                                    E-mail:  oreillylaw@msn.com