UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA LOPARCO,           ) | |
|                             ) | |
|         Plaintiff,          ) | |
|                             ) | |
|     -vs-                    ) | No. 08 CV 2747 |
|                             ) | |
| VILLAGE OF RICHTON PARK     ) | Judge Samuel Der-Yeghiayan |
|                             ) | Magistrate Judge Nolan |
|         Defendant.          ) | |

## NOTICE OF MOTION

TO:   Charles Siedlecki, Charles Siedlecki & Associates
      10540 S. Western Avenue, Suite 405, Chicago, IL 60643
      cts2110@comcast.net

   YOU ARE HEREBY NOTIFIED that on July 23, 2008, at the opening of Court on said date at 9:00 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the **Honorable Samuel Der-Yeghiayan** or presiding judge in **Courtroom 1903** of the **Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois**, and then and there move the Court as follows:  to present the Partial Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint of the Defendant, Village of Richton Park, at which time and place you may appear as you see fit so to do.

   DATED at Wheaton, Illinois, this 14th day of July, 2008

                                       By: /s/ John F. O'Reilly
                                       O'REILLY LAW OFFICES
                                       Attorneys for Defendants
                                       1751 S. Naperville Rd, #101
                                       Wheaton, IL  60187
                                       Telephone:  630/665-4444
                                       Attorney No. 6209668
                                       E-mail:  oreillylaw@msn.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA LOPARCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 08 CV 2747 |
| | ) | |
| VILLAGE OF RICHTON PARK | ) | Judge Samuel Der-Yeghiayan |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

TO:   Charles Siedlecki, Charles Siedlecki & Associates
      10540 S. Western Avenue, Suite 405, Chicago, IL 60643
      cts2110@comcast.net

    I hereby certify that on July 14, 2008, I electronically filed Defendant, Village of Richton Park's, Answer and Affirmative Defenses to the Plaintiff's Complaint at Law, Notice of Motion, and Partial Rule 12(b)(6) Motion to Dismiss the Plaintiff's Complaint at Law with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system which will send the Notice of Electronic Filing to the above-listed attorney.

                                By: /s/ John F. O'Reilly
                                O'REILLY LAW OFFICES
                                Attorneys for Defendants
                                1751 S. Naperville Rd, #101
                                Wheaton, IL  60187
                                Telephone:  630/665-4444
                                Attorney No. 6209668
                                E-mail:  oreillylaw@msn.com