IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA LOPARCO, ) | |
| ) | **Case No. 08 C 2747** |
| Plaintiff, ) | |
| ) | Honorable Judge Der-Yeghiayan |
| ) | Judge Presiding |
| vs. ) | |
| ) | Magistrate Judge Nolan |
| VILLAGE OF RICHTON PARK ) | |
| ) | |
| Defendant. ) | **JURY DEMANDED** |

## NOTICE OF MOTION

TO:   John F. O'Reilly
O'Reilly Law Offices
1751 S. Naperville Rd. #101
Wheaton, Illinois 60187

    Please take notice that on Wednesday, July 30, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Samuel Der-Yeghiayan, or any judge sitting in his stead, at the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached Motion to Defendant's Affirmative Defenses 3, 4, 6, 9, 11, 13 and 14, a copy which is hereby served upon you by electronic means.

                                                               Submitted,
                                                               /s/ Charles Siedlecki

## CERTIFICATE of SERVICE

    I Charles Siedlecki, an attorney to hereby state and depose that on July 22, 2008, I served a copy of the attached Motion to Defendant's Affirmative Defenses 3, 4, 6, 9, 11, 13 and 14 and Plaintiff's Notice of Motion, to be served upon the above identified counsel of record, via electronic means.

                                                               /s/ Charles Siedlecki

Charles Siedlecki
Charles Siedlecki and Associates, P.C.
10540 South Western Avenue, Suite 405
Chicago, Illinois 46360
(773) 881-2535