**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Patricia Loparco
                        Plaintiff,

v.                                         Case No.: 1:08–cv–02747
                                                  Honorable Samuel Der–Yeghiayan

Village of Richton Park
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Defendant Village of Richton Park's motion to dismiss pursuant to FRCP 12(b) (6) [9] is entered and continued. Plaintiff's response shall be filed by 07/30/08 and Defendant's reply shall be filed by 08/06/08. Plaintiff Patricia Loparco's motion to strike Plaintiff's Motion to Strike Defendant's Affirmative Defenses 3, 4, 6, 9, 11, 13 and 14 [12] is hereby withdrawn without prejudice. As stated on the record, Defendant is given until 08/06/08 to file its third amended answer and affirmative defenses. Status hearing reset to 08/27/08 at 9:00 a.m. Status hearing set for 07/30/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.