UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA LOPARCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 08 CV 2747 |
| | ) | |
| VILLAGE OF RICHTON PARK | ) | Judge Samuel Der-Yeghiayan |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    Charles Siedlecki, Charles Siedlecki & Associates
       10540 S. Western Avenue, Suite 405, Chicago, IL 60643
       cts2110@comcast.net

        YOU ARE HEREBY NOTIFIED that on July 30, 2008, at the opening of Court on said date at 9:00 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the **Honorable Samuel Der-Yeghiayan** or presiding judge in **Courtroom 1903** of the **Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois**, and then and there move the Court as follows:  to present Defendant's Motion to Strike Plaintiff's Request for Punitive Damages at which time and place you may appear as you see fit so to do.

        DATED at Wheaton, Illinois, this 23rd day of July, 2008

                                By: /s/ John F. O'Reilly
                                O'REILLY LAW OFFICES
                                Attorneys for Defendants
                                1751 S. Naperville Rd, #101
                                Wheaton, IL  60187
                                Telephone:  630/665-4444
                                Attorney No. 6209668
                                E-mail:  oreillylaw@msn.com