# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PATRICIA LOPARCO, ) | |
| ) | **Case No. 08 C 2747** |
| Plaintiff, ) | |
| ) | Honorable Judge Der-Yeghiayan |
| ) | Judge Presiding |
| vs. ) | |
| ) | Magistrate Judge Nolan |
| VILLAGE OF RICHTON PARK ) | |
| ) | |
| Defendant. ) | **JURY DEMANDED** |

## NOTICE OF MOTION

TO:  John F. O'Reilly
O'Reilly Law Offices
1751 S. Naperville Rd. #101
Wheaton, Illinois 60187

Please take notice that on Wednesday, July 30, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Samuel Der-Yeghiayan, or any judge sitting in his stead, at the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached Agreed Motion to File a First Amended Complaint Instanter, a copy which is hereby served upon you by electronic means.

Submitted,
/s/ Charles Siedlecki

## CERTIFICATE of SERVICE

I Charles Siedlecki, an attorney to hereby state and depose that on July 22, 2008, I served a copy of the attached Agreed Motion to File a First Amended Complaint Instanter and Plaintiff's Notice of Motion, to be served upon the above identified counsel of record, via electronic means.

/s/ Charles Siedlecki

Charles Siedlecki
Charles Siedlecki and Associates, P.C.
10540 South Western Avenue, Suite 405
Chicago, Illinois 46360
(773) 881-2535