# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Patricia Loparco

                       Plaintiff,

v.                                                   Case No.: 1:08–cv–02747
                                                     Honorable Samuel Der–Yeghiayan

Village of Richton Park

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Defendant's motions to dismiss [9] and to to strike [15] are stricken as moot. Plaintiff's motion to file instanter an amended complaint [17] is granted. Defendant is given 20 days to answer, move or otherwise plead to Plaintiff's amended complaint. Status hearing set for 08/27/08 to stand. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.