IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA LOPARCO, | ) |
| | ) **Case No.  08 C 2747** |
| Plaintiff, | ) |
| | ) Honorable Judge Der-Yeghiyan |
| | ) Judge Presiding |
| vs. | ) |
| | ) Magistrate Judge Nolan |
| VILLAGE OF RICHTON PARK , | ) |
| | ) |
| Defendant. | ) **JURY DEMANDED** |

## NOTICE OF FILING

TO:  John F. O'Reilly
O'Reilly Law Offices
1751 S. Naperville Rd. #101
Wheaton, IL 60187

Please take notice, that on Tuesday, July 29, 2008, I electronically filed Plaintiff's First Amended Complaint, in the above captioned matter. This document was electronically filed with the Clerk of the United States District Court Northern District of Illinois - Eastern Division.

Submitted,

/s/ Charles Siedlecki

## CERTIFICATE of SERVICE

I Charles Siedlecki, an attorney to hereby state and depose that on July 29, 2008, I caused a copy of Plaintiff's First Amended Complaint., to be served upon the above identified counsel of record, via electronic means.

/s/ Charles Siedlecki

Charles Siedlecki
Charles Siedlecki and Associates, P.C.
10540 South Western Avenue, Suite 405
Chicago, Illinois 46360
(773) 881-2535