UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA LOPARCO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 08 CV 2747 |
| | ) | |
| VILLAGE OF RICHTON PARK | ) | Judge Samuel Der-Yeghiayan |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Charles Siedlecki, Charles Siedlecki & Associates
      10540 S. Western Avenue, Suite 405, Chicago, IL 60643
      cts2110@comcast.net

YOU ARE HEREBY NOTIFIED that on **August 27, 2008**, at the opening of Court on said date at **9:00 a.m.**, or as soon thereafter as Counsel may be heard, we shall appear before the **Honorable Samuel Der-Yeghiayan** or presiding judge in **Courtroom 1903** of the **Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois**, and then and there move the Court as follows:  to present **Defendant, Village of Richton Park's, Partial Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint**, a copy of which is attached hereto and herewith served upon you, at which time and place you may appear as you see fit so to do.

DATED at Wheaton, Illinois, this 18th day of August, 2008

By:  /s/ John F. O'Reilly
O'REILLY LAW OFFICES
Attorneys for Defendants
1751 S. Naperville Rd, #101
Wheaton, IL  60187
Telephone:  630/665-4444
Attorney No. 6209668
E-mail:  oreillylaw@msn.com

2

## **CERTIFICATE OF SERVEICE**

      I hereby certify that on August 18, 2008, I electronically filed Defendant, Village of Richton Park's, Notice of Motion and Partial Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint, with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system which will send the Notice of Electronic Filing to the above-listed attorney.

                                  By: /s/ John F. O'Reilly
                                  O'REILLY LAW OFFICES
                                  Attorneys for Defendants
                                  1751 S. Naperville Rd, #101
                                  Wheaton, IL  60187
                                  Telephone:  630/665-4444
                                  Attorney No. 6209668
                                  E-mail: oreillylaw@msn.com