UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Patricia Loparco
      Plaintiff,

v.            Case No.: 1:08−cv−02747
           Honorable Samuel Der−Yeghiayan

Village of Richton Park
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

  MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 01/14/09 at 9:00 a.m. Defendant Village of Richton Park's partial motion to dismiss pursuant to FRCP 12(b)(6) [23] is entered and continued. Plaintiff#039;s response shall be filed by 09/12/08 and Defendant's reply shall be filed by 09/19/08. All discovery shall be noticed in time to be completed by 12/31/08. Dispositive motions are to be filed by 02/27/09. Responses to the dispositive motions, if any, are to be filed by 03/20/09 and replies, if any, are to be filed by 03/27/09. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.